# In the District Court of the united States (Union States)
## Western District at Kansas City

John Oyer,  )
               Plaintiff,  )

v.  )  Case No.

   )

City of Kansas City, Missouri, et al.,  )

   )

              Defendants.

RECEIVED 16 SEP -7 AM 9:20

## MOTION TO PROCEED INFORMA PAUPERIS

Comes John Oyer, one of the people of the united States and motions as above styled and states in support as follows.

1. Plaintiff has no lawful money including in any bank accounts of any type and has no assets or investments of any type which can be converted to lawful money.

2. Plaintiff states under oath that any information in any attached forms are true and not meant to be misleading

FOR GOOD CAUSE SHOWN Plaintiff motions per all common law and the Constitutional guarantee to due process and all other constitutional guarantees, that justice be provided without hindrance and fees waived or deferred and that he be provided unfettered access to the Courts.

FINDINGS OF FACTS AND CONCLUSIONS OF LAW. Petitioner reserves his rights to 1st Amendment rights to redress of grievances which includes this instant request which Petitioners states as follows: I hereby request the Court to provide findings of facts and conclusions of law on all rulings on this and all motions filed by Plaintiff.

County of Jackson     State of Missouri
Solemnly affirmed and
Subscribed before me on: 09/07/2016

Sincerely, *John Oyer.*

> JENNIFER WILLIAMS
> Notary Public - Notary Seal
> STATE OF MISSOURI
> Jackson County
> My Commission Expires April 27, 2020
> Commission # 16447919

John Oyer
2918 E. 80th St., Kansas City, Missouri [64132]  816-699-3242